UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN CORR | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION, ET AL | : |
| Defendants | : OCTOBER 3, 2022 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendants, Costco Wholesale Corporation and Matt Balmer, hereby submit this Notice of Removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Hartford at Hartford with a Return Date of October 4, 2022 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant, Costco Wholesale Corporation, is a corporation with a principal place of business in Issaquah, WA. The Complaint does name Matt Balmer of Hamden, Connecticut as an additional defendant. However, the defendants assert that Matt Balmer was only joined as a defendant to defeat jurisdiction. See generally, Briarpatch Ltd. L.P. v. Phoenix Pictures, Inc., 373 F.3d 296, 302 (2d. Cir. 2004). To show that a

"fraudulent joinder" has occurred, the defendants must do more than show that the plaintiff has failed to state a claim upon which relief can be granted. Stan Winston Creatures, Inc. v. Toys "R" Us, Inc., 314 F.Supp.2d 177 (S.D.N.Y. 2003) (citing Pampillonia, 138 F.3d at 461 ). To establish fraudulent joinder, a defendant must "demonstrate, by clear and convincing evidence, either that there has been outright fraud committed in the plaintiff's pleadings, or that there is no possibility, based on the pleadings, that a plaintiff can state a cause of action against the non-diverse defendant in state court." Pampillonia, 138 F.3d at 461; see Briarpatch, 373 F.3d at 302; Whitaker v. Am. Telecasting, Inc., 261 F.3d 196, 207 (2d Cir. 2001 ). With respect to the latter ground, which is the ground on which defendants rest their argument, "[j]oinder will be considered fraudulent when it is established that there can be no recovery against the defendant[s] under the law of the state on the cause alleged." Whitaker, 261 F.3d 196, 207 (internal citation and original brackets omitted). See Affidavit of Matt Balmer attached hereto as Exhibit "A".

Here, Matt Balmer was not employed at the New Britain Warehouse where the alleged incident occurred. Rather, Mr. Balmer was employed at the Milford Costco Wholesale Warehouse. See Exhibit "A". Accordingly, there is no possibility that plaintiff can establish a cause of action against Matt Balmer.

Further, the State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional

minimum of the Superior Court of fifteen thousand dollars. However, plaintiff alleges permanent bodily injuries including scarring, the value of which may exceed $75,000.00. A copy of the Summons and Complaint filed in Hartford Superior Court is attached hereto as Exhibit "B".

The defendants have, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court (without exhibit) is attached hereto as Exhibit "C".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendants submit a Civil Cover Sheet attached hereto as Exhibit "D".

THE DEFENDANTS,

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN CORR | : | CIVIL NO. |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COSTCO WHOLESALE | : | |
| CORPORATION, ET AL | : | |
| | : | |
| Defendants | : | OCTOBER 3, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022 a copy of the defendants' Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANTS,

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN CORR | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION, ET AL | : |
| Defendants | : |

## AFFIDAVIT

I, Matt Balmer, being duly sworn, hereby depose and say:

1. I am over eighteen (18) years of age and believe in the obligation of an oath.

2. I am currently employed as the General Manager for the New Britain Costco Wholesale Warehouse located at 405 Hartford Road, New Britain, Connecticut.

3. I have been employed at the New Britain Costco Wholesale Warehouse since April of 2021.

4. Prior to April of 2021 I was employed as an Assistant Manager at the Milford Costco Wholesale Warehouse.

5. On October 12, 2020 I was employed at the Milford Costco Wholesale Warehouse and was not working in any capacity whatsoever at the New Britain Costco Wholesale Warehouse.

Page 1 of 2

THE AFFIANT,

_____
Matt Balmer

STATE OF Connecticut )
                     ) SS:
COUNTY OF New Haven  )

Subscribed and sworn to before me this 1st day of October, 2022.

_____
Notary Public/Commissioner
of the Superior Court

Tami-Lyn Roberts
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2025

Page 2 of 2

# EXHIBIT B

**SUMMONS - CIVIL**
JD-CV-1 Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | (860) 548 - 2700 | 10/04/2022 |

| ☒ Judicial District<br>☐ Housing Session | G.A. Number: | At (City/Town)<br>Hartford | | Case type code (See list on page 2)<br>Major: **T** Minor: **90** |
|---|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Carter Mario Law Firm, 100 Plains Road, Milford, CT 06461 | 106160 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 876 - 2711 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)<br>rlabrecque@cartermario.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Corr, Maureen<br>Address: 26 Nye Rd., New Britain, CT 06053 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Costco Wholesale Corporation - 999 Lake Drive, WA 98027<br>Address: A/F/S: CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108-3408 | D-01 |
| Additional defendant | Name: Balmer, Matt<br>Address: 45 Thompson St., Hamden, CT 06518-3311 | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>09/08/2022 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Richard O. LaBrecque, Esq. |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date
A TRUE COPY ATTEST
John J. O'Leary
CT State Marshal - Hartford County

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

| | |
|---|---|
| RETURN DATE: OCTOBER 4, 2022 | : SUPERIOR COURT |
| MAUREEN CORR | : J.D. OF HARTFORD |
| V. | : AT HARTFORD |
| COSTCO WHOLESALE CORPORATION and MATT BALMER | : : SEPTEMBER 8, 2022 |

## COMPLAINT

**COUNT ONE:** (Vicarious Liability as to Costco Wholesale Corporation)

1. The Plaintiff Maureen Corr was and still is a resident of the State of Connecticut with her place of residence being the City of New Britain.

2. The Defendant Costco Wholesale Corporation (hereinafter "Costco") was a multinational corporation organized and existing under the laws of the State of Washington and was licensed to do business in the State of Connecticut.

3. The Defendant Costco operates membership-only big-box retail warehouses across the globe, with on of said warehouses being located at 405 Hartford Road in New Britain, Connecticut being identified as Warehouse #1196.

4. On October 12, 2020, Maureen Corr (hereinafter the "Plaintiff"), was a Costco member and was entering the store known as Warehouse #1196.

5. At the same time and place, an employee, agent, or servant of Costco Wholesale Corporation, or one of its subsidiary or affiliated companies (hereinafter "Costco Employee"), was bringing a number of shopping carts from the parking lot back to the warehouse for re-use by customers.

6. The Costco Employee attempted to enter the store with said shopping carts when

he, suddenly and without warning, lost control of some or all of the shopping carts which struck the Plaintiff Maureen Corr from behind.

7. The Costco Employee caused this collision.

8. The Costco Employee is responsible for this collision.

9. This collision, and the resulting injuries and losses suffered by the Plaintiff were due to the negligence and carelessness of the Costco Employee in that he:

 a. failed to keep the shopping carts under proper and reasonable control;

 b. failed to keep a proper and reasonable lookout for customers;

 c. failed to turn the carts to the left or to the right so as to avoid the collision, although in the exercise of due care, could and should have done so;

 d. failed to make use of his senses and faculties;

 e. failed to yell or otherwise warn the Plaintiff of the impending collision;

 f. failed to stop the carts from slamming into the Plaintiff;

 g. failed to utilize proper precautions to avoid losing control of the shopping carts; and

 h. Otherwise failed to exercise due care in bringing the shopping carts into the warehouse.

10. As a result of this collision, the Plaintiff suffered the injuries or exacerbations as set forth below, some of which injuries or exacerbations, or the effects thereof, being permanent in nature:

 a. Left leg laceration and skin tearing;
 b. Pain and discomfort in the left lower extremity;
 c. Scarring and/or discoloration to the left lower extremity.

11. As a further result of the collision described above, the Plaintiff has experienced, and will continue to experience in the future, pain and suffering, an increased likelihood of future

medical treatment and/or disorders, and fear and apprehension of such future medical treatment and/or disorders.

12. As a further result of these injuries, the Plaintiff has incurred, and may continue to incur, medical expenses.

13. As a further result of these injuries, the ability of the Plaintiff to pursue and enjoy life's leisure activities have reduced.

14. The Costco Employee was acting with the authorization of and/or as the agent of and/or as an employee acting within the scope of employment with the Defendant Costco.

15. The Defendant Costco is liable for the negligence of the Costco Employee.

**COUNT TWO:** (Negligence as to Costco Wholesale Corporation)

1.-13. Paragraphs one through thirteen of Count One are hereby incorporated and med paragraphs one through thirteen of Count Two.

14. The Defendant Costco had certain duties and responsibilities under industry standards, its membership agreement with the Plaintiff, and its own corporate policies, standards and practices regarding the hiring, qualifying, training, entrusting, supervising and retaining of its employees, as well as a duty to establish and implement necessary management controls and systems for the safe operation of its warehouses.

15. The Defendant Costco was independently negligent in failing to meet its independent duties and responsibilities regarding hiring, qualifying, training, entrusting, supervising and retaining of its employee, and in failing to properly establish and implement necessary management controls and systems for the safe operation of its warehouses.

16. The Defendant Costco is independently liable for the damages and injuries resulting, in whole or in part, from its breach of the foregoing duties.

**COUNT THREE:** (Negligence as to Matt Balmer)

1.-13. Paragraphs one through thirteen of Count One are hereby incorporated and med paragraphs one through thirteen of Count Two.

14. The Defendant Matt Balmer is the manager of Warehouse #1196.

15. The Defendant Matt Balmer had certain duties and responsibilities under industry standards, its membership agreement with the Plaintiff, and its own corporate policies, standards and practices regarding the hiring, qualifying, training, entrusting, supervising and retaining of Costco's employees, as well as a duty to establish and implement necessary management controls and systems for the safe operation of Warehouse #1196.

16. The Defendant Matt Balmer was negligent in failing to meet his duties and responsibilities regarding hiring, qualifying, training, entrusting, supervising and retaining of Costco's employee, and in failing to properly establish and implement necessary management controls and systems for the safe operation of Warehouse #1196.

17. The Defendant Matt Balmer is liable for the damages and injuries resulting, in whole or in part, from its breach of the foregoing duties.

THE PLAINTIFF:
Maureen Corr

BY _____
Richard O. LaBrecque, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Tel. No: 203-876-2711
Juris No: 106160

A TRUE COPY ATTEST
_____
John J. O'Leary
CT State Marshal - Hartford County

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 4, 2022 | : | SUPERIOR COURT |
| MAUREEN CORR | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| COSTCO WHOLESALE CORPORATION and MATT BALMER | : : | SEPTEMBER 8, 2022 |

## **PRAYER FOR RELIEF**

The Plaintiff claims:

1. Monetary relief; and

2. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF:
Maureen Corr

BY _____
Richard O. LaBrecque, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Tel. No: 203-876-2711
Juris No: 106160

A TRUE COPY ATTEST
John J. O'Leary
CT State Marshal - Hartford County

| | | |
|---|---|---|
| RETURN DATE: OCTOBER 4, 2022 | : | SUPERIOR COURT |
| MAUREEN CORR | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| COSTCO WHOLESALE CORPORATION and MATT BALMER | : : | SEPTEMBER 8, 2022 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF:
Maureen Corr

BY _____
Richard O. LaBrecque, Esq.
Carter Mario Law Firm
100 Plains Road
Milford, CT 06461
Tel. No: 203-876-2711
Juris No: 106160

A TRUE COPY ATTEST
John J. O'Leary
CT State Marshal - Hartford County

# EXHIBIT C

| | | |
|---|---|---|
| DOCKET NO. HHD-CV22-6160819-S | : | SUPERIOR COURT |
| MAUREEN CORR | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| COSTCO WHOLESALE CORPORATION, ET AL | : | OCTOBER 3, 2022 |

## NOTICE OF REMOVAL

The defendants, Costco Wholesale Corporation and Matt Balmer, hereby give notice that they have removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

THE DEFENDANTS,

/s/400462
Miles N. Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel. No. 203-248-5678
Juris No. 415435

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Fax 203-288-9974   Juris No. 415435

## CERTIFICATE OF SERVICE

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Carter Mario Law Firm
12 Montowese Avenue
North Haven, CT 06473

                                                      /s/400462
                                                      Miles N. Esty, Esq.
                                                      Commissioner of the Superior Court

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Fax 203-288-9974   Juris No. 415435

# EXHIBIT D

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Maureen Corr

**(b)** County of Residence of First Listed Plaintiff    Hartford
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Richard LaBrecque, Esq. Carter Mario Law Firm, 12 Montowese Avenue, North Haven, CT 06473, 203-876-2711

## DEFENDANTS
Costco Wholesale Corporation; Matt Balm

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Miles Esty, Esq., Esty & Buckmir, LLC, 2285 Whitney Avenue, Hamden, CT 06518, 203-248-5678

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332 and 28 U.S.C. §1446
Brief description of cause:
Alleged premises liability resulting in alleged personal injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE
10/03/2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Miles N. Esty

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____